Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Boulevard, Suite 290
Walnut Creek, CA 94596
Telephone: (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorney for Plaintiff
BEHRUZ BONSHAHI, an individual

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRUZ BONSHAHI, an individual, | Case No. 3:22-cv-06396-TSH |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |
| BRIDGESTONE RETAIL OPERATIONS, LLC, and DOES 1 through 10, inclusive, | [Fed. R. Civ. P. 41(a)(1)] |
| Defendants. | |

Plaintiff Behruz Bonshahi, by and through his counsel of record, hereby voluntarily dismisses the above-referenced action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: December 27, 2022

LAW OFFICE OF JASON G. GONG
*A Professional Corporation*

By: /s/ Jason G. Gong
_____
JASON G. GONG
Attorney for Plaintiff
BEHRUZ BONSHAHI